UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Christopher Seiter v. 3M Company v. et al Docket No.: 9:20-cv-03679 MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Christopher Seiter, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States Southern District Court of Texas absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: May 19, 2022            Respectfully submitted,

*/s/ Christopher A. Seeger*
 Christopher A. Seeger, Co-Lead Counsel
 (Admitted Pro Hac Vice)
 New Jersey State Bar No. 042631990
 Seeger Weiss LLP
 55 Challenger Road 6th Floor
 Ridgefield Park, NJ 07660
 Tel.: (973) 639-9100
 cseeger@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 19th day of May, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Christopher A. Seeger*
Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road  6th Floor
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com